PETER B. CONNAL et al., Constituting the Planning Board of the Town of Southeast, Appellants, v. DANIEL RHOADES et al., Respondents.—

Munder, Acting P. J., Martuscello, Latham, Shapiro and Benjamin, JJ., concur.

MOSES FEINTUCH, Respondent, v. AMERICAN LAUNDRY MACHINE Co. et al., Appellants.—

Rabin, P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.